KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Fax: (510) 637-3724
   stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00664 CW |
|     Plaintiff, ) | |
| v. ) | STIPULATION REGARDING TIME UNDER SPEEDY TRIAL ACT AND ORDER |
| MAURICE HIMY, ) | |
|     Defendant. ) | |

   On November 27, 2006, the parties appeared before this court on the above-captioned case. Mr. William L. Osterhoudt, Esquire, appeared on behalf of defendant Maurice Himy, whose presence was excused due to a medical emergency. Assistant United States Attorney Stephen G. Corrigan appeared on behalf of the plaintiff, United States.

   The case was continued until January 22, 2007 to allow the defense sufficient time to effectively prepare, given the voluminous discovery related to the Title III wire interception.

   Both counsel agree that time between November 27, 2006 and January 21, 2007 should be tolled under the Speedy Trial Act; such exclusion is in the interest of justice for

STIPULATION AND ORDER
CR 06-00664 CW

effective preparation and continuity of counsel.  18 U.S.C. §316(h)(8)(A) and (B)(iv).

The parties hereby stipulation and agree that the time between November 27, 2006 and January 22, 2007 be tolled under the Speedy Trial Act, 18 U.S.C. §316(h)(8)(A) and (B)(iv).

SO STIPULATED.

DATED: December 6, 2006.            KEVIN V. RYAN
                                    United States Attorney


                                    ___/s/_____
                                    STEPHEN G. CORRIGAN
                                    Assistant United States Attorney


DATED: December  7 , 2006           ___/s/_____
                                    WILLIAM L. OSTERHOUDT
                                    Attorney for Defendant

DATED: December  11 , 2006          ___/s/_____
                                    MAURICE HIMY
                                    defendant

## **ORDER**

GOOD CAUSE APPEARING that an exclusion of time between November 27, 2006 and January 22, 2007 is warranted because the ends of justice served by the delay outweigh the interest in the public and the defendant in a speedy trial because of the need for effective preparation and continuity of counsel.  18 U.S.C. §316(h)(8)(A) and (B)(iv).

DATED: December 14, 2006            _Claudia Wilken_____
                                    HONORABLE CLAUDIA WILKEN
                                    United States District Judge

STIPULATION AND ORDER
CR 06-00664 CW                         2