WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
FRANK S. MOORE, ESQ. (SBN 158029)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
MAURICE HIMY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-06-664 CW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING HEARING** |
| MAURICE HIMY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William L. Osterhoudt, attorney for Defendant Maurice Himy, on the one hand, and Stephen Corrigan, attorney for Plaintiff United States of America, on the other, requests that the presently scheduled hearing date of February 26, 2007 should be continued to Monday, March 12, 2007, at 2:30 pm.

This stipulation is based on the parties' need for more time; and is also due to an anticipated scheduling conflict, whereby counsel for Defendant Himy must appear before the Honorable Frank Damrell of the United States District for the Eastern District of California, Sacramento, on February 26, 2007, and is unable to anticipate the length of that appearance.

---

Stipulation and [Proposed] Order Continuing Status Conference
[No.CR-S-06-664 CW]

1

It is further stipulated, that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendants in a speedy trial. 18 U.S.C. Section 3161(h)(8)(A). In particular, failure to grant this continuance would deny the Defendant reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(8)(B)(iv); Local Code T4.

Respectfully submitted,

Dated: February 20, 2007

/s/ William L. Osterhoudt  
WILLIAM L. OSTERHOUDT  
Attorney for Defendant

/s/ Stephen Corrigan (with consent)  
STEPHEN CORRIGAN  
Assistant United States Attorney

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order.

Dated: 2/21/07

_____  
CLAUDIA WILKEN  
United States District Court Judge

Stipulation and [Proposed] Order Continuing Status Conference  
[No.CR-S-06-664 CW]

2