WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
FRANK S. MOORE, ESQ. (SBN 158029)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
MAURICE HIMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06-00664 CW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **REGARDING TRAVEL** |
| vs. ) | |
| ) | |
| MAURICE HIMY, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Maurice Himy may travel from the Northern District of California to Los Angeles, California, leaving on April 27, 2007, and returning to the Northern District on April 29, 2007.  The intent of this trip is to visit with his daughter, who currently resides in Los Angeles, and to celebrate her 30th birthday.  Accompanying Mr. Himy on this trip will be his wife, Carla, and they will both be staying at the Courtyard Marriott Marina Del Rey, 13480 Maxella Avenue, Marina Del Rey, California. Assistant United States Attorney Stephen Corrigan has no objection to this request.

DATED: 4/18/07

_____
UNITED STATES DISTRICT COURT JUDGE

---

*UNITED STATES v. MAURICE HIMY*
[PROPOSED] ORDER REGARDING TRAVEL

1