WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
MAURICE HIMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06-00664 CW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **REGARDING TRAVEL** |
| vs. ) | |
| ) | |
| MAURICE HIMY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Maurice Himy may travel from the Northern District of California to Newton, Massachusetts and New York City, New York, leaving on May 17, and returning to the Northern District on May 27, 2007. The intent of this trip is to visit with his youngest daughter who is graduating from Boston College in Newton, Massachusetts, and to assist her in moving to New York City, New York. Accompanying Mr. Himy on this trip will be his wife, Carla, and they will both be stayng at the Boston Newton Marriott, 2345 Commonwealth Avenue, Newton, Massachusetts. In New York, Mr. Himy will be staying with his brother, whose address is 2062 East 2062 E 13th St, Brooklyn, New York. Assistant United States Attorney Stephen Corrigan has no objection to this request.

DATED: 4/18/07            _____
                          UNITED STATES DISTRICT COURT JUDGE

_____
*UNITED STATES v. MAURICE HIMY*
[PROPOSED] ORDER REGARDING TRAVEL

1