FILED

AUG 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 06-00664 CW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | REGARDING RETURN OF |
| vs. | ) | DEFENDANT'S PASSPORT |
| | ) | |
| MAURICE HIMY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal recognizance bond in the matter is exonerated, and Defendant's passport, posted with the Clerk of the Court as a condition of pretrial release, shall be returned to his attorney, William L. Osterhoudt.

DATED: AUG 2 5 2008

_____
UNITED STATES DISTRICT COURT JUDGE

_UNITED STATES v. MAURICE HIMY_
[PROPOSED] ORDER REGARDING RETURN OF DEFENDANT'S PASSPORT

1